# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES

**Case #:** 1:18-cr-4 MW/GRJ        **Time Commenced:** 10:05 p.m.
**Date:** 2/26/18                   **Time Concluded:** 10:36 p.m.

### DOCKET ENTRY; ARRAIGNMENT

Defendant's oral motion to remove Tim Goode from the no contact list in the order setting conditions of bond - written order to follow

The defendant's oral motion for extension of time 3/2/18 to file a motion challenging the lis pendens or challenging the restraining order - written order to follow

**PRESENT: HON. GARY R. JONES, UNITED STATES MAGISTRATE JUDGE**

| B. Patton | Glenn McInnes | DCR.20180226.dcr | Tiffany Eggers | |
|---|---|---|---|---|
| Deputy Clerk | USPO | Tape No./Court Reporter | Asst. U.S. Attorney | Interpreter |

**U.S.A. v. (Defendants listed below)**          **Attorneys for Defendant:**
**(1) MIKA KAMISSA HARRIS**                      **(1) Gilbert Schaffnit/David Garvin**

 X  present ___ custody  x  bond ___ O/R           X  present ___ appointed  X  retained

__x__ Court confirmed the defendant had a copy of the indictment and was advised of the charges in the indictment.

__x__ Gilbert Schaffnit/David Garvin appeared for defendant - temporarily.

__x__ The defendant plead not guilty

__X__ Trial set for: Tuesday, April 24, 2018 before Mark Walker

Initials of Deputy Clerk: __bkp__