IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATE OF AMERICA              1:18-cr-4-MW/GRJ

v.

MIKA KAMISSA HARRIS
  and
ERIK MICHAEL SCHABERT
_____/

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully moves this Honorable Court to issue an Order Allowing Undersigned Counsel to Withdraw as Counsel and in addition states:

1. On or about May 10, 2018, undersigned counsel was appointed to represent Mika Harris in the capacity of second chair pursuant to this Court's Order (Document 67).

2. On or about May 18, 2018, undersigned counsel filed a notice of appearance on behalf of Mika Harris (Document 69).

3. Undersigned counsel was appointed as second chair to assist Attorney Gilbert Schaffnit, who was appointed as primary/lead counsel to represent Mika Harris.

4. Trial in this matter is set for October 7, 2019.

5. As of August 9, 2019, irreconcilable conflicts have developed between undersigned counsel and Mika Harris.

6. As a result of these irreconcilable conflicts, undersigned counsel and Mika Harris cannot effectively communicate or interact.

7. As a result of these irreconcilable conflicts, undersigned counsel cannot properly prepare for trial or represent Mika Harris.

8. After consideration of law as set forth in *U.S. v. Travers*, 996 F.Supp. 6 (Fla. S.D. 1998) and the guidelines in ABA Rule 1.16, undersigned counsel believes that this motion to withdraw is necessary.

9. On August 9, 2019, undersigned counsel gave Mika Harris notice pursuant to Northern District of Florida Rule 11.1 H (2) of his intent to file this motion to withdraw.

10. Undersigned counsel has sent Attorney Gilbert Schaffnit notice of his intent to file this motion.

11. At a status hearing in this case on August 19, 2019, undersigned counsel moved ore tenus to be allowed to file this motion prior to the fourteen (14) day notice requirement as detailed in the local rule.

12. The Court granted this request after Mika Harris indicate that she did not object to waiving the notice requirement and she did not objection to the motion to withdraw.

WHEREFORE, undersigned counsel hereby files this Motion to Withdraw as Counsel and requests that the Court enter an order granting this request.

/s/ Nick G. Zissimopulos
_____
Nick G. Zissimopulos
Fla. Bar No. 0631647
804 NW 16th Ave. Suite B
Gainesville, FL 32601
Nick@PutClientsFirst.com
352-505-4515 Phone
352-505-4516 Fax
Attorney for Mika K. Harris

## Certificate of Service

The Government is represented by Attorneys Francis Todd Williams and Justin Michael Keen, who both will be served through the electronic filing system this 19th day of August, 2019.

/s/ Nick G. Zissimopulos

_____
Nick G. Zissimopulos
Fla. Bar No. 0631647
804 NW 16th Ave. Suite B
Gainesville, FL 32601
Nick@PutClientsFirst.com
352-505-4515 Phone
352-505-4516 Fax
Attorney for Mika K. Harris