IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                          CASE NO.: 1:18-cr-4-MW-GRJ

vs.

MIKA KAMISSA HARRIS, et. al.,

    Defendant.
_____/

**DEFENDANT MIKA KAMISSA HARRIS' AMENDED[1] FIRST EXHIBIT LIST**

| EXHIBIT | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|
| A | 10/04/19 | | Zinnor 4 in 1 Diamond Microdermabrasion Machine print out and information from Amazon.com |
| B | 10/04/19 | | (16) Pictures of Mika Harris and Manawel Nazzal in Israel |
| C | 10/04/19 | | RFP internal referral forms |
| D | 10/04/19 | | Forged director resignation |
| E | 10/04/19 | | (18) pictures of dermabrasion machine and products at RFP |
| F | 10/04/19 | | (4) pictures of Mika's bruises after surgery |

---

[1] Exhibit A5 has been added

| | | | |
|---|---|---|---|
| G | 10/04/19 | | (5) pictures of Mika after surgery 2014 |
| H | 10/04/19 | | Passport photos |
| I | 10/04/19 | | (4) pictures of Naomi Labelle around Mika and family |
| J | 10/04/19 | | (6) pictures of work performed by Manawel Nazzal |
| K | 10/04/19 | | Picture of Robert Weil at Thanksgiving at Harris' house |
| L | 10/04/19 | | (2) pictures of staff at Mika's birthday party 2014 |
| M | 10/04/19 | | Malpractice complaint against Schabert 2016 |
| N | 10/04/19 | | Picture of Mika with Annette Strozier |
| O | 10/04/19 | | Picture of Mika with Fred Strozier |
| P | 10/04/19 | | (4) pictures of Annette Strozier's skin |
| Q | 10/04/19 | | Picture of Groupon from All Points Medical Massage |
| R | 10/04/19 | | Schabert and Harris Marital Settlement Agreement |
| S | 10/04/19 | | Schabert and Harris Final Judgment of Dissolution |
| T | 10/04/19 | | Letter to Harris from RFP re: collections |
| U | 10/04/19 | | Schabert Administrative Complaint Result (45 pp.) |
| V | 10/04/19 | | Schabert Administrative Complaint (11 pp.) |
| W | 10/04/19 | | Kristen Mader Police Report (2 pp.) |
| X | 10/04/19 | | ADT Contract Cancellation |
| Y | 10/04/19 | | Dekle RFP Documents (14 pp.) |
| Z | 10/04/19 | | Email from Schabert's Lawyer re: Mika's role in practice |
| AA | 10/04/19 | | Gregory A. Chaires letter (8 pp.) |
| BB | 10/04/19 | | Schabert Email to Mika |
| CC | 10/04/19 | | Schabert Warranty Deed (7 pp.) |
| DD | 10/04/19 | | Heather Keel's resignation |
| EE | 10/04/19 | | Letter from Jennifer Godshalk |
| FF | 10/04/19 | | Draft of Marital Settlement Agreement (3 pps.) |
| GG | 10/04/19 | | Florida Office of Insurance Regulation Medical Malpractice Closed Claims Report (10 pp.) |

| HH | 10/04/19 | | Schabert text to Mika re: ownership of the practice (2 pps.) |
|---|---|---|---|
| II | 10/04/19 | | Text threat between Harris and Schabert (41 pps.) |
| JJ | 10/04/19 | | Schabert email re: malpractice issues (2 pps.) |
| KK | 10/04/19 | | Schedule Sign in 4.3.15 for Katy Robinson (2 pps.) |
| LL | 10/04/19 | | Schedule Sign in 8.21.15 |
| MM | 10/04/19 | | Schedule Sign in 8.27.15 with cc receipts (14 pps.) |
| NN | 10/04/19 | | Withdrawal from online banking at Florida Credit Union by Schabert |
| OO | 10/04/19 | | Picture of Donna Brock at Mika's home (2 pps.)+ |
| PP | 10/04/19 | | Text Message with Patrick Carpet |
| QQ | 10/04/19 | | Text Messages from Erik to Mika (3 pps.) |
| RR | 10/04/19 | | Text Messages with Charlene showing Mika in Israel (9 pps.) |
| SS | 10/04/19 | | Text Messages with Charles Smith (9 pps.) |
| TT | 10/04/19 | | Text Messages with Erik and Natalie Copeland (57 pps.) |
| UU | 10/04/19 | | Text Messages Anibal "Junior" Figueora (76 pps.) |
| VV | 10/04/19 | | Text Messages with Charlene Silver and Mika 2014 (118 pps.) |
| WW | 10/04/19 | | Text Messages with Charlene Silver and Mika 2013 (145 pps.) |
| XX | 10/04/19 | | Sunbiz form (2 pps.) |
| YY | 10/04/19 | | Charlene's Birthday 2013 (6 pps.) |
| ZZ | 10/04/19 | | Erik's relationship status on FB |
| AAA | 10/04/19 | | Naki Skin Care Tax year 2016 invoice |
| BBB | 10/04/19 | | (3) pictures Alisha Hargon Baby Shower 2014 |
| CCC | 10/04/19 | | Dept. of Health vs. Schabert email (3 pps.) |
| DDD | 10/04/19 | | Email re: Schabert recredentialing with NFRMC (3 pps.) |
| EEE | 10/04/19 | | Email with attachment re: malpractice insurance |
| FFF | 10/04/19 | | Email from Schabert to Sessions re: referrals |
| GGG | 10/04/19 | | Email to Mika from Schabert re: her surgery |
| HHH | 10/04/19 | | Email to Heather from William Rye re: dental insurance (2 pps.) |
| III | 10/04/19 | | Email to Mika from Heather re: life insurance payments |

| | | | |
|---|---|---|---|
| LLL | 10/04/19 | | Consultation with Drs Mast and Rosenberg (4 pps.) |
| MMM | 10/04/19 | | Dates of Office visits at Dr. Brill's (2 pps.) |
| NNN | 10/04/19 | | Medical Notes Dr Brill's office (16 pps.) |
| OOO | 10/04/19 | | Office Surgeries Intakes (8 pps.) |
| PPP | 10/04/19 | | Records from SIMED Neurology (7 pps.) |
| QQQ | 10/04/19 | | Records from Coastal Cosmetic Center (37 pps.) |
| RRR | 10/04/19 | | St. Vincent's Patient Discharge instructions (7 pps.) |
| SSS | 10/04/19 | | Timeline of Mika's Surgeries and Doctor's Visits (4 pps.) |
| TTT | 10/04/19 | | January 2015 RFP patient sign in forms |
| UUU | 10/04/19 | | February 2015 RFP patient sign in forms |
| VVV | 10/04/19 | | April 2015 RFP patient sign in forms |
| WWW | 10/04/19 | | May 2015 RFP patient sign in forms |
| YYY | 10/04/19 | | June 2015 RFP patient sign in forms |
| ZZZ | 10/04/19 | | July 2015 RFP patient sign in forms |
| A1 | 10/04/19 | | Email to Mika Harris from Charlene Silver (3 pps.) |
| A2 | 10/04/19 | | Emails from Mindy Sessions to Mika Harris (5 pps.) |
| A3 | 10/04/19 | | Poster made by Sonya Griffin |
| A4 | 10/04/19 | | Letter from Schabert re: Rima Smith medical necessity |
| A5 | 10/09/19 | | (9) pages internal BCBS emails re: Harris |

Respectfully submitted,

*/s/ Gilbert A. Schaffnit*
GILBERT A. SCHAFFNIT, ESQ.
719 Northeast First Street
Gainesville, Florida 32601
(352)378-6593/(352)374-4998 fax
gaslaw@gmail.com
Florida Bar No: 249769
Counsel for **HARRIS**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by Electronic Filing to F.T. WILLIAMS, ESQUIRE Assistant United States Attorney, JUSTIN KEEN, Assistant United States Attorney, DAVID A. WILSON, ESQUIRE, Law Offices of David A. Wilson, 201 SW 2nd Street, Suite 101, Ocala, FL 34471-1108, and to NICK ZISSIMOPOLOUS, ESQUIRE, Glassman & Zissimopolous, PLLC, 804 NW 16th Avenue, Unit B, Gainesville, FL 32601-4012 on this the 7th day of October, 2019.

Respectfully submitted,
*/s/ Gilbert A. Schaffnit*
Gilbert A. Schaffnit, Esquire

Counsel for **HARRIS**