IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                                              **Case No. 1:18-cr-4-AW-MAL**
                                                                         **1:21-cv-154-AW-MAL**

**MIKA KAMISSA HARRIS,**

    **Defendant.**

_____/

## ORDER DENYING § 2255 MOTION

A jury convicted Mika Kamissa Harris of multiple counts of healthcare fraud and money laundering. The court sentenced Harris to 90 months' imprisonment. Harris moved for § 2255 relief, ECF No. 421, and in a thorough report and recommendation, the magistrate judge recommends the court deny the motion and deny a certificate of appealability, ECF No. 445.

Harris sought an extended period to file objections. Although I found she had not shown good cause for the extension she requested, I indicated I would consider any objection filed on or before September 26, 2024. Harris filed no timely objection.

Having carefully considered the matter, I now conclude the report and recommendation should be adopted, and I incorporate it into this order.

Harris raises two grounds: she alleges a *Brady* violation and she alleges ineffective assistance of counsel.

1

With respect to ground one, I agree with the magistrate judge that Harris did not show the evidence was favorable to her or that there was a reasonable probability that had she had the information, the outcome would have been different.

With respect to ground two, I agree with the magistrate judge that Harris has not met the *Strickland* standard. Harris has not shown her counsel's performance was deficient. She also has not shown any prejudice.

The motion (ECF No. 421) is DENIED. The clerk will enter a judgment that says, "The § 2255 motion is denied."

A certificate of appealability is denied.

The clerk will close the file.

SO ORDERED on September 28, 2024.

s/ *Allen Winsor*  
United States District Judge